*Court Of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*

★ ★ ★ ★ ★ ★

## MEMORANDUM OPINION

No. 04-09-00123-CR

### IN RE EDGAR GARCIA

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:     Sandee Bryan Marion, Justice
             Phylis J. Speedlin, Justice
             Rebecca Simmons, Justice

Delivered and Filed:  March 11, 2009

PETITION FOR WRIT OF MANDAMUS DENIED

On February 27, 2009, relator filed a petition for writ of mandamus, in which relator complains the Starr County clerk's office has refused to notify him of whether his "Application for Writ of Habeas Corpus" was filed and the trial court has refused to rule on the application. Relator asks this court to order the trial court to rule on his application. This court has confirmed that the application was filed with the Starr County clerk's office on December 16, 2008.

Here, we cannot say that a period of less than approximately three months is an unreasonable delay. It is relator's burden to provide this court with a record sufficient to establish his right to relief. *Walker v. Packer*, 827 S.W.2d 833, 837 (Tex. 1992). Because relator has not met his burden

---

[1] This proceeding arises out of Cause No. 05-CR-157, filed in the 381st Judicial District Court, Starr County, Texas.

of establishing that the motion has awaited disposition for an unreasonable amount of time, he has not provided the court with grounds to usurp the trial court's inherent authority to control its own docket. Therefore, this court has determined that relator has not shown himself entitled to mandamus relief. Accordingly, we deny the petition for writ of mandamus.

PER CURIAM

Do not publish